## BYFEILD ag$^t$ WRIGHT

Nathanael Byfeild plaint. ag$^t$ William Wright junio$^r$ Defend$^t$ in an action of the case for not performeing his the s$^d$ Wrights part of a bargain made w$^{th}$ the s$^d$ Byfeild for the Sale & deliu$^r$y of two thirds of the Catch called the Tryall to his great damage & all other due damages according to attachm$^t$ Dat. February. 3$^d$ 1675. . . . The Jury . . . founde for the Defend$^t$ costs of Court being Four Shillings & Four pence.

## WILKINS ag$^t$ BALLATT

John Wilkins plaint. ag$^t$ Samuel Ballatt Defend$^t$ in an action of the case for not building & delivering to the s$^d$ Wilkins a Sloope according to Covenant, whereby the saide Wilkins is damnified to the value of twenty pounds or thereabout according to attachm$^t$ Dat. February. 14° 1675. . . . The Jury . . . founde for the Defend$^t$ costs of Court.